THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH B. MAYER, Relator, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission of the State of New York, Respondents.

Motion for reargument of certiorari issued out of the Supreme Court and attested on the 11th day of July, 1925, directed to John F. Gilchrist and others, constituting the State Tax Commission, commanding them to certify and return to the office of the clerk of the county of Albany all and singular their proceedings had in fixing the income tax payable by the relator for the year 1919.   (See *ante*, p. 619.)

PER CURIAM.   The error in the opinion as to the amount paid on the purchase price was immaterial.   The record shows that thirty per cent was paid during

the year 1919. However, it was the year during which such payments were made, and not the amount thereof, that this court regards as decisive. The motion for a reargument is denied. Motion denied.